THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jaris Nigel Williams a/k/a Jarred R. Hemphill, Appellant.
 
 
 

Appeal from York County
 Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2007-UP-211
Submitted April 2, 2007  Filed May 9, 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Jaris Nigel Williams, a/k/a Jarred T. Hemphill pled guilty to possession with intent to distribute crack-cocaine, possession with intent to distribute crack-cocaine within proximity of a school, failure to stop for a blue light, unlawful carrying of a pistol, and possession of a pistol by a person under twenty-one.  The plea judge sentenced him to ten years, ten years, three years, one year, and five years, respectively.  Each sentence runs concurrent to the others and to a parole revocation.  On appeal, Williams alleges the plea judge erred in accepting his guilty plea without fully advising him of his constitutional rights.  Williams did not file a pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to be relieved.
APPEAL DISMISSED. [1]  
HUFF, BEATTY, and WILLIAMS, JJ., concur.

[1] We decide this case without oral arguments pursuant to Rule 215, SCACR.